```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE SOUTHERN DISTRICT OF ALABAMA
```

LAKEESHA G. GILES,                    :
*Individually and on behalf of*       :
*All similarly situated*              :
*individuals*,                        :
                                      :
          Plaintiff(s),               :
                                      :
vs.                                   :   CIVIL ACTION 11-0405-M
                                      :
WELLS FARGO BANK, N.A.                :
                                      :
          Defendant(s).               :


                    NOTICE OF ASSIGNMENT TO
          UNITED STATES MAGISTRATE JUDGE FOR TRIAL


       This civil action has been randomly assigned to United States Magistrate Judge Bert W. Milling, Jr., for all purposes including trial.  In accordance with 28 U.S.C. § 636(c), the Magistrate Judges in this District have been designated to conduct any and all proceedings in a civil action, including a jury or non-jury trial, and to order the entry of a final judgment, **upon the consent of <u>all</u> parties**.  An appeal from such a judgment entered by a Magistrate Judge may be taken directly to the United States Court of Appeals for the Eleventh Circuit in the same manner as an appeal from a judgment of a District Judge.

       The parties have the right to have this action reassigned to a United States District Judge for trial and disposition.  Any party may request reassignment by emailing the attached <u>Request for Reassignment to a United States District Judge</u> to Cynthia_Robinson@alsd.uscourts.gov.  **Do not electronically file**

**the document.**

The parties' option to consent to the jurisdiction of the Magistrate Judge should be discussed between all parties. If all parties consent to the jurisdiction of the Magistrate Judge, they shall execute the attached Consent to the Exercise of Jurisdiction by a United States Magistrate Judge and file it with the Court not later than **September 26, 2011**. Only one consent form, signed by counsel for all parties, is to be filed. If written consent is not filed by that date, or if any party requests reassignment prior to that date, this action will be reassigned to a United States District Judge.

DONE this 14th day of September, 2011.

CHARLES R. DIARD, JR., CLERK

By:  s/Cynthia Robinson
       Deputy Clerk