# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **LAKISHA G. GILES,** *individually and on behalf of all similarly situated individuals,*<br>    **Plaintiffs,**<br><br>vs.<br><br>**WELLS FARGO BANK, N.A.,**<br>    **Defendant.** | )<br>)<br>)<br>)<br>)  **CIVIL ACTION NO. 11-00405-KD-M**<br>)<br>)<br>) |

## JUDGMENT

In accordance with the Order on summary judgment issued on September 14, 2012 (Doc. 49), it is hereby **ORDERED, ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant Wells Fargo Bank, N.A. and against Plaintiff Lakisha G. Giles.

**DONE** and **ORDERED** this **1**st day of **October 2012.**

/s/ Kristi K. DuBose
**KRISTI K. DUBOSE**
**UNITED STATES DISTRICT JUDGE**